# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Roberto A. Lange United States Chief Judge Presiding

| Courtroom Deputy - KMH | Court Reporter – Connie Heckenlaible |
| Courtroom - RC #2 | Date – April 10-14, 2023 |

## 5:17-cv-5030

| GERALD LESSERT, etc., et al. | Charles T. Abourezk |
| | Christopher H. Leach |
| | Travis W. Shumate |
| Plaintiff, | |
| vs. | |
| BNSF RAILWAY COMPANY, | Chad M. Knight |
| | William Joseph McFadden |
| | Cassidy M. Stalley |
| | Jeffrey D. Collins |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN:  1:00 PM

TIME:

| 12:58 PM | Enter Jury Trial Proceedings |
| | Voir dire |
| | Preliminary Jury Instructions |
| | Opening statements by Plaintiff |
| 5:17 PM | Trial to resume at 9:00 am |

### Tuesday, April 11, 2023

| 9:02 AM | Jury trial resumes |
| | Opening statements by Defendant |

|          |                                                                    |
|----------|--------------------------------------------------------------------|
|          | Witnesses:<br>Vada Lessert<br>Randy Dixon – Deposition<br>Stanley Cole Mitchell |
| 12:23 PM | Court in recess |
| 1:20 PM  | Court resumes |
|          | Witnesses:<br>Stanley Cole Mitchell<br>Douglas Ray Adams – Deposition |
| 5:05 PM  | Trial to resume at 9:00 am |

## Wednesday, April 12, 2023

|          |                                                                    |
|----------|--------------------------------------------------------------------|
| 9:00 AM  | Jury trial resumes |
|          | Witnesses:<br>David Joe Lydick |
| 12:05 PM | Court in recess |
| 1:20 PM  | Court resumes |
|          | Witnesses:<br>Dan Smith – Video<br>Charles Culver<br>Teresa Lessert<br>Gerald Lessert |
|          | Plaintiff rests |
| 5:05 PM  | Trial to resume at 9:00 am |

## Thursday, April 13, 2023

|          |                                                                    |
|----------|--------------------------------------------------------------------|
| 8:58 AM  | Jury trial resumes |
|          | Witnesses:<br>Charles E. Oleson<br>Michael Smeltzer – Deposition<br>Rodney David Huber |

| | |
|---|---|
| 12:10 PM | Court in recess |
| 1:20 PM | Court resumes. |
| | Witnesses:<br>Dennis Stirmel<br>Jim Korecky – Deposition<br>Donna Behrens – Deposition |
| 5:07 PM | Trial to resume at 9:00 am |

### Friday, April 14, 2023

| | |
|---|---|
| 9:00 AM | Jury trial resumes |
| | Witnesses:<br>James Reitz<br>Foster Peterson |
| 12:03 PM | Court in recess |
| 1:20 PM | Court resumes |
| | Witnesses:<br>Foster Peterson<br>John Bainter |
| | Defendant rests |
| | Plaintiff rests |
| | Jury to return on Monday, April 17, 2023 at 10:00 am |
| 5:10 PM | Counsel to meet with the Court on Monday, April 17, 2023 at 8:15 am |