UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| GERALD LESSERT, SPECIAL ADMINISTRATOR OF THE ESTATE OF RICHARD CLAYMORE LESSERT, DECEASED; AND RICHARD CLAYMORE LESSERT,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, A CORPORATION;<br><br>Defendant. | 5:17-CV-05030-RAL<br><br>ORDER ALLOWING CONTACT WITH JURORS |

Plaintiffs' counsel has asked this Court to grant permission to interview jurors. Under Local Rule 47.2.B., this Court grants permission for one attorney per side to contact the jurors. This Court has notified the jurors by email as follows:

Members of the Jury:

    The Judge has granted permission for the attorneys to contact you. You can feel free to talk with them or not talk with them as you see fit.

DATED this 19th day of April, 2023.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE