UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| GERALD LESSERT, SPECIAL ADMINISTRATOR OF THE ESTATE OF RICHARD CLAYMORE LESSERT, DECEASED; AND RICHARD CLAYMORE LESSERT,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, A CORPORATION;<br><br>Defendant. | 5:17-CV-05030-RAL<br><br>JUDGMENT OF DISMISSAL |

On May 31, 2023, the parties filed a Stipulation for Dismissal, Doc. 307. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 1st day of June, 2023.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE